Certificate Number: 14912-PAM-DE-035158771

Bankruptcy Case Number: 20-03090



14912-PAM-DE-035158771

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 8, 2020, at 11:48 o'clock AM EST, Heather Vega completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 8, 2020        By: /s/Jai Bhatt

                                                    Name: Jai Bhatt

                                                    Title: Counselor