In re:  Case No. 20-03090-HWV
Heather Marie Vega  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: admin  Page 1 of 2
Date Rcvd: Feb 08, 2021  Form ID: 318  Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Marie Vega, 245 Fort Swatara Road, Jonestown, PA 17038-8124 |
| 5367282 | + | CITY OF LEBANON AUTHORITY, WATER AND SEWER BILLING, 2311 RIDGEVIEW ROAD, LEBANON, PA 17042-9431 |
| 5367283 | | COMMERCIAL ACCEPTANCE CO, 2300 GETTYSBURG ROAD STE 102, CAMP HILL, PA 17011-7303 |
| 5367286 | + | KML Law Group PC, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5367288 | + | Lakeview Loan Servicing LLC, 4425 Ponce DeLeon Blvd, Mail Stop Ms5/251, Coral Gables, FL 33146-1873 |
| 5367290 | + | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5367292 | + | Norther Lebanon County Authority, PO Box 434, Jonestown, PA 17038-0434 |
| 5367293 | + | Penn Credit, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 5367295 | + | Synergetic Communication Inc, 5450 NW Central #220, Houston, TX 77092-2061 |
| 5367296 | | UMPC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5367297 | + | UMPC Primary Care, 120 South Tan Street, Fredericksburg, PA 17026-9349 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 08 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5367284 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 08 2021 19:05:00 | CREDIT ACCEPTANCE, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 5367285 | + | Email/Text: bankruptcy@fult.com | Feb 08 2021 19:06:00 | FULTON BANK, SPECIAL ASSETS DEPT 5TH FLR, PO BOX 432, EAST PETERSBURG, PA 17520-0432 |
| 5367287 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2021 19:05:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5367289 | | Email/Text: camanagement@mtb.com | Feb 08 2021 19:05:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5367291 | + | Email/Text: Bankruptcies@nragroup.com | Feb 08 2021 19:06:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5367294 | | EDI: PRA.COM | Feb 08 2021 23:53:00 | Portfolio Recovery, 120 Corporate Blvd, STE 1, Norfolk, VA 23502 |
| 5367613 | + | EDI: RMSC.COM | Feb 08 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5367298 | + | EDI: VERIZONCOMB.COM | Feb 08 2021 23:53:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Heather Marie Vega lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1** | Heather Marie Vega<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4652<br>EIN    __–_____ |
| **Debtor 2**<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–03090–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heather Marie Vega
aka Heather M Strupp

**By the court:** *Henry W. Van Eck* (signature)

2/8/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**